Name:  Jorge Alejandro Rojas

Address: 557 Cambridge Way

Bolingbrook, IL 60440

Phone Number:  424-219-1582

Email Address:  rojas.jorge96@gmail.com

*Pro Se*

```
┌─────────────────────────────────┐
│              FILED              │
│   CLERK, U.S. DISTRICT COURT    │
│                                 │
│           10/13/23              │
│                                 │
│ CENTRAL DISTRICT OF CALIFORNIA  │
│   BY: _____mz_____  DEPUTY      │
└─────────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS

PLAINTIFF(S)

v.

PIONEER CREDIT SOLUTIONS LLC

DEFENDANT(S)

CASE NUMBER

2:23-cv-08433-SB-E

**APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING**

As the ☒ Plaintiff  ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  10/13/2023

Signature: _____

CV-005 (02/20)          APPLICATION FOR PERMISSION FOR ELECTRONIC FILING