```
                                        L O D G E D
                                    CLERK, U.S. DISTRICT COURT

                                        10/13/23

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY: _____mz_____ DEPTUY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>               Plaintiff,<br><br>     v.<br><br>PIONEER CREDIT SOLUTIONS LLC,<br><br>               Defendant. | Case No. 2:23-cv-08433-SB-E<br><br><br>**[PROPOSED] ORDER GRANTING APPLICATION PERMISSION FOR ELECTRONIC FILING [DKT. ___]** |

On October 13, 2023, Plaintiff filed an Application for Permission for Electronic Filing.

The court, having considered Plaintiffs Application and finding good cause therefor, hereby GRANTS the Application.

IT IS SO ORDERED.

Dated: _____          _____
                                     Stanley Blumenfeld, Jr
                                     United States District Judge

1