Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

FILED
CLERK, U.S. DISTRICT COURT
10/13/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___mz___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PIONEER CREDIT SOLUTIONS LLC,<br><br>　　　　Defendant. | Case No. 2:23-cv-08433-SB-E<br><br>**CERTIFICATE OF SERVICE AS TO APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

　　I, Jorge Alejandro Rojas, certify that mailed a copy of Plaintiff's Application for Permission for Electronic Filing to Defendant via USPS First Class Mail to Defendant's registered agent on the same day as I submitted the document via EDSS.

　　Dated: October 13, 2023

　　　　　　　　　　　　　　　　/s/ Jorge Alejandro Rojas
　　　　　　　　　　　　　　　　Jorge Alejandro Rojas
　　　　　　　　　　　　　　　　Rojas.jorge96@gmail.com
　　　　　　　　　　　　　　　　Plaintiff in Pro Se
　　　　　　　　　　　　　　　　557 Cambridge Way
　　　　　　　　　　　　　　　　Bolingbrook, IL 60440
　　　　　　　　　　　　　　　　(424) 219-1582