JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br>v.<br><br>PIONEER CREDIT SOLUTIONS LLC,<br><br>    Defendant. | Case No. 2:23-cv-08433-SB-E<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, it is ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED without prejudice for improper venue.

This is a final judgment.

Date: October 30, 2023

                                            Stanley Blumenfeld, Jr.
                                          United States District Judge